*E-filed 4/26/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AUTODESK, INC.,

        Plaintiff,

  v.

DIETER AND GARDNER, INC.,

        Defendant.
_____/

Case No. C07-02255 HRL

**ORDER OF RECUSAL**

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another judge.

**IT IS SO ORDERED.**

Dated: 4/26/07

        /s/ Howard R. Lloyd
        HOWARD R. LLOYD
        UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Julie E. Hofer julie@donahue.com, jane@donahue.com; cgraber@donahue.com

Lawrence K. Rockwell larry@donahue.com

Dated  4/26/07                /s/  JMM
                              Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

2