Dated: May 17, 2007

1 | LAWRENCE K. ROCKWELL, #72410
2 | ERIC DONEY, #76260
    JULIE E. HOFER, #152185
3 | DONAHUE GALLAGHER WOODS LLP
    Attorneys at Law
4 | 300 Lakeside Drive, Suite 1900
    Oakland, California 94612-3570
5 | Telephone: (510) 451-0544
    Facsimile: (510) 832-1486
6 | Email: julie@donahue.com

Attorneys for Plaintiff
7 | AUTODESK, INC.

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIETER & GARDNER, INC., a Connecticut corporation,<br><br>Defendant. | CASE NO. C07-02255 MMC<br><br>**STIPULATION RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**; ORDER THEREON<br><br>(CIVIL L.R. 6-1(a))<br><br>No Hearing Required<br>Judge: Maxine M. Chesney |

Pursuant to Local Rule 6-1, Plaintiff Autodesk, Inc. and Defendant Dieter & Gardner, Inc., by their undersigned respective counsel, hereby stipulate that the above-named Defendant shall have up to and including Friday, June 1, 2007 to answer or otherwise respond to the Complaint on file herein. The purpose of the extension is to provide the parties with an opportunity to discuss settlement without incurring unnecessary legal fees and expenses. Such an extension will not have any impact on the Case Management Conference or any other scheduled dates set by the Court.

As per Local Rule 6-1, this Stipulation for an extension of time to file a responsive pleading to a Complaint need not be presented to the Court for entry as a formal entry order, and only need be filed with the Clerk of the Court with a Chambers Copy to the Judge.

IT IS SO STIPULATED.

Dated: May 15, 2007

BUSINESS & TECHNOLOGY LAW GROUP

By: _____
Stephen N. Hollman
Attorneys for Defendant
DIETER & GARDNER, INC.

Dated: May 16, 2007

DONAHUE GALLAGHER WOODS LLP

By: /S/ Julie E. Hofer
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.