Dated: June 1, 2007

1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiff
7  AUTODESK, INC.

*IT IS SO ORDERED*
*[signature]*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA [seal]

8
9                     UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | AUTODESK, INC., a Delaware corporation,

          Plaintiff,

     v.

   DIETER & GARDNER, INC., a Connecticut corporation,

          Defendant.

CASE NO. C07-02255 MMC

**STIPULATION RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

(CIVIL L.R. 6-1(a))

No Hearing Required
Judge: Maxine M. Chesney

1  Pursuant to Local Rule 6-1, Plaintiff Autodesk, Inc. and Defendant Dieter & Gardner,
2  Inc., by their undersigned respective counsel, hereby stipulate that the above-named Defendant
3  shall have up to and including Friday, June 22, 2007 to answer or otherwise respond to the
4  Complaint on file herein. The purpose of the extension is to provide the parties with an
5  opportunity to discuss settlement without incurring unnecessary legal fees and expenses. Such an
6  extension will not have any impact on the Case Management Conference or any other scheduled
7  dates set by the Court.
8  As per Local Rule 6-1, this Stipulation for an extension of time to file a responsive
9  pleading to a Complaint need not be presented to the Court for entry as a formal entry order, and
10 only need be filed with the Clerk of the Court with a Chambers Copy to the Judge.

11 IT IS SO STIPULATED.

12 Dated: ~~May~~ June 1, 2007           BUSINESS & TECHNOLOGY LAW GROUP

14                                       By: _____
15                                          Stephen N. Hollman
                                            Attorneys for Defendant
16                                          DIETER & GARDNER, INC.

17 Dated: ~~May~~ June 1, 2007           DONAHUE GALLAGHER WOODS LLP

19                                       By: _____
20                                          Julie E. Hofer
                                            Attorneys for Plaintiff
21                                          AUTODESK, INC.

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT    CASE NO.