Dated: June 22, 2007

1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiff
7  AUTODESK, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   AUTODESK, INC., a Delaware           CASE NO. C07-02255 MMC
12 corporation,
                                        **STIPULATION RE EXTENSION OF TIME
13              Plaintiff,              TO ANSWER OR OTHERWISE RESPOND
                                        TO COMPLAINT ; ORDER THEREON**
14      v.
                                        (CIVIL L.R. 6-1(a))
15 DIETER & GARDNER, INC., a
   Connecticut corporation,             No Hearing Required
16                                      Judge: Maxine M. Chesney
                Defendant.
17

[Stamp: IT IS SO ORDERED / Judge Maxine M. Chesney / United States District Court, Northern District of California]

---

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT      CASE No. C07-02255 MMC

1  Pursuant to Local Rule 6-1, Plaintiff Autodesk, Inc. and Defendant Dieter & Gardner,
2  Inc., by their undersigned respective counsel, hereby stipulate that the above-named Defendant
3  shall have up to and including Tuesday, July 3, 2007 to answer or otherwise respond to the
4  Complaint on file herein. The purpose of the extension is to provide the parties with an
5  opportunity to discuss settlement without incurring unnecessary legal fees and expenses. Such an
6  extension will not have any impact on the Case Management Conference or any other scheduled
7  dates set by the Court.
8  As per Local Rule 6-1, this Stipulation for an extension of time to file a responsive
9  pleading to a Complaint need not be presented to the Court for entry as a formal entry order, and
10 only need be filed with the Clerk of the Court with a Chambers Copy to the Judge.
11 IT IS SO STIPULATED.

12 Dated: June 21, 2007          BUSINESS & TECHNOLOGY LAW GROUP

14                               By: _____
                                 Stephen N. Hollman
15                               Attorneys for Defendant
                                 DIETER & GARDNER, INC.

17 Dated: June 21, 2007          DONAHUE GALLAGHER WOODS LLP

19                               By: /S/ Julie E. Hofer
                                 Julie E. Hofer
20                               Attorneys for Plaintiff
                                 AUTODESK, INC.