Dated: July 2, 2007

LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

IT IS SO ORDERED

*Maxine M. Chesney*

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIETER & GARDNER, INC., a Connecticut corporation,<br><br>Defendant. | CASE NO.  C07-02255 MMC<br><br>**STIPULATION RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT ; ORDER THEREON**<br><br>(CIVIL L.R. 6-1(a))<br><br>No Hearing Required<br>Judge:  Maxine M. Chesney |

1        Pursuant to Local Rule 6-1, Plaintiff Autodesk, Inc. and Defendant Dieter & Gardner,

2   Inc., by their undersigned respective counsel, hereby stipulate that the above-named Defendant

3   shall have up to and including Monday, July 9, 2007 to answer or otherwise respond to the

4   Complaint on file herein.   The purpose of the extension is to provide the parties with an

5   opportunity to discuss settlement without incurring unnecessary legal fees and expenses.  Such an

6   extension will not have any impact on the Case Management Conference or any other scheduled

7   dates set by the Court.

8        As per Local Rule 6-1, this Stipulation for an extension of time to file a responsive

9   pleading to a Complaint need not be presented to the Court for entry as a formal entry order, and

10  only need be filed with the Clerk of the Court with a Chambers Copy to the Judge.

11       IT IS SO STIPULATED.

12  Dated: June 29, 2007          BUSINESS & TECHNOLOGY LAW GROUP

13

14                        By: _____

15                          Stephen N. Hollman

                            Attorneys for Defendant

16                          DIETER & GARDNER, INC.

17  Dated: June 29, 2007          DONAHUE GALLAGHER WOODS LLP

18

19                        By: /S/ Julie E. Hofer

20                          Julie E. Hofer

                            Attorneys for Plaintiff

21                        AUTODESK, INC.

22

23

24

25

26

27

28

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT    CASE NO.