| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
|   | ERIC DONEY, #76260 |
| 2 | JULIE E. HOFER, #152185 |
|   | DONAHUE, GALLAGHER, WOODS & WOOD, LLP |
| 3 | Attorneys at Law |
|   | 300 Lakeside Drive, Suite 1900 |
| 4 | Oakland, California  94612-3570 |
|   | P.O. Box 12979 |
| 5 | Oakland, California  94604-2979 |
|   | Telephone:     (510) 451-0544 |
| 6 | Facsimile:      (510) 832-1486 |
|   | Email: julie@donahue.com |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | AUTODESK, INC. |

(Attorney block above)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | CASE NO.  C 07-02255 MMC |
| Plaintiff, | STIPULATION; ORDER OF DISMISSAL; <u>RETENTION OF JURISDICTION</u> |
| v. | |
| DIETER & GARDNER, INC., a Connecticut corporation, | |
| Defendant. | |

1  The parties to this action, by and through their respective counsel signing below, hereby
2  stipulate to the following:
3    1.   Dieter & Gardner, Inc., ("D&G") and its officers, principals, agents, servants and
4  employees, and all other persons affiliated with D&G, shall not, anywhere in the United States,
5  unlawfully copy, reproduce, manufacture, duplicate, disseminate, distribute, or use any
6  unauthorized copies of copyrighted computer software products of Autodesk, Inc. ("Autodesk")
7  that are the subject of this proceeding including, but not limited to:
8        a.   Autodesk software and Softdesk software; and
9        b.   any corresponding reference manuals and documentation relating to the
10 software products identified in Section 1(a).
11   2.   The remaining claims for relief in this action have been settled with certain
12 additional obligations to be performed by the parties pursuant to the settlement. Further, the
13 parties agree that this Court is to retain complete jurisdiction over the settlement of the action.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The remaining action is hereby dismissed without prejudice provided, however, that this Court
2  shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to enforce
3  performance of the terms of the parties' settlement agreement, and the parties to this action
4  consent to the jurisdiction of the Court for said purposes.

DONAHUE GALLAGHER WOODS LLP

Dated: _____   By: _____
                                Julie E. Hofer
                                Attorneys for Plaintiff
                                AUTODESK, INC.

BUSINESS & TECHNOLOGY LAW GROUP

Dated: July 11, 2007   By: _____
                                Stephen N. Hollman
                                Attorneys for Defendant
                                DIETER & GARDNER, INC.

DIETER & GARDNER, INC.

Dated: _____   By: _____
                                Peter C. Gardner
                                President

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____   By: _____
                                U.S. District Court Judge

1  The remaining action is hereby dismissed without prejudice provided, however, that this Court
2  shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to enforce
3  performance of the terms of the parties' settlement agreement, and the parties to this action
4  consent to the jurisdiction of the Court for said purposes.

Dated: 7/13/07

DONAHUE GALLAGHER WOODS LLP

By: *Julie E. Hofer*
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

BUSINESS & TECHNOLOGY LAW GROUP

Dated: _____

By: _____
Stephen N. Hollman
Attorneys for Defendant
DIETER & GARDNER, INC.

DIETER & GARDNER, INC.

Dated: 7/10/07

By: *Peter C. Gardner*
Peter C. Gardner
President

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 13, 2007

By: *Maxine M. Chesney*
U.S. District Court Judge

-2-