1 LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE, GALLAGHER, WOODS & WOOD, LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
P.O. Box 12979
Oakland, California 94604-2979
Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>Dieter & Gardner, a Conneticut corporation,<br><br>                    Defendant. | CASE NO.  C 07-02255 MMC<br><br>STIPULATION; ORDER OF DISMISSAL; RETENTION OF JURISDICTION |

The parties to this action, by and through their respective counsel signing below, hereby stipulate to the following:

1. Dieter & Gardner, Inc., ("Defendant") and its officers, principals, agents, servants and employees, and all other persons affiliated with Defendant, shall not, anywhere in the United States, unlawfully copy, reproduce, manufacture, duplicate, disseminate, distribute, or use any unauthorized copies of copyrighted computer software products of Plaintiff that are the subject of this proceeding including, but not limited to:

        a. Autodesk software and Softdesk software; and

        b. any corresponding reference manuals and documentation relating to the software products identified in Section 1(a).

2. The remaining claims for relief in this action have been settled with certain additional obligations to be performed by the parties pursuant to the settlement. Further, the parties agree that this Court is to retain complete jurisdiction over the settlement of the action.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

The remaining action is hereby dismissed with prejudice provided, however, that this Court shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to enforce performance of the terms of the parties' settlement agreement, and the parties to this action consent to the jurisdiction of the Court for said purposes.

DONAHUE GALLAGHER WOODS LLP

Dated: 1/8/08

By: _Julie E Hofer_
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

BUSINESS & TECHNOLOGY LAW GROUP

Dated: _____

By: _____
Stephen N. Hollman
Attorneys for Defendant
DIETER & GARDNER, INC.

DIETER & GARDNER, INC.

Dated: 7/10/07

By: _____
Peter C. Gardner
President

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

By: _____
U.S. District Court Judge

-2-

The remaining action is hereby dismissed with prejudice provided, however, that this Court shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to enforce performance of the terms of the parties' settlement agreement, and the parties to this action consent to the jurisdiction of the Court for said purposes.

DONAHUE GALLAGHER WOODS LLP

Dated: _____   By: _____
                               Julie E. Hofer
                               Attorneys for Plaintiff
                               AUTODESK, INC.

BUSINESS & TECHNOLOGY LAW GROUP

Dated: _July 11, 2007_    By: _____
                               Stephen N. Hollman
                               Attorneys for Defendant
                               DIETER & GARDNER, INC.

DIETER & GARDNER, INC.

Dated: _____   By: _____
                               Peter C. Gardner
                               President

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _January 10, 2008_  By: _____
                               U.S. District Court Judge